# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE, individually and on behalf of all other similarly situated consumers,** : <br> : <br> : <br> **Plaintiff** : <br> : <br> **v.** : <br> : <br> **LEHIGH VALLEY HEALTH NETWORK, INC.,** : <br> : <br> **Defendant** : | Civil Action No. 3:23-CV-00585-KM <br><br><br><br> **CIVIL ACTION - LAW** <br> **JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:   Todd J. O'Malley, Esquire
      Mary Anne O. Lucas, Esquire
      O'Malley & Langan
      201 Franklin Avenue
      Scranton, PA 18503

    **PLEASE TAKE NOTICE** that Defendant, Lehigh Valley Health Network, Inc., on April 6, 2023, filed in this United States District Court for the Middle District of Pennsylvania a Notice of Removal of the state court action docketed in the Court of Common Pleas of Lackawanna County Pennsylvania at No. 23-CIV-1149. A copy of the Notice of Removal is attached and served with this Notice.

    **PLEASE TAKE FURTHER NOTICE THAT** a certified copy of the Notice of Removal was filed this same date with the Clerk of Judicial Records of the Lackawanna County Court of Common Pleas in Lackawanna County, Pennsylvania.

    **PLEASE BE ADVISED** that by virtue of 28 U.S.C. §1446 (d), this State Action is now removed to this the United States District Court for the Middle

District of Pennsylvania.  The State Court has no further jurisdiction over this action and you should proceed no further in that court or under its authority.

                Respectfully Submitted

                CUMMINS LAW

*/s/ Daniel E. Cummins*

_____
DANIEL E. CUMMINS, ESQUIRE
Attorney for Defendant, Lehigh
Valley Health Network, Inc.

610 Morgan Highway
Clarks Summit, PA 18411
Telephone:  570-319-5899
Facsimile:  570-319-5898
dancummins@cumminslaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within-captioned Notice of Filing of Notice of Removal was filed electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Simon B. Paris, Esquire
sparis@smbb.com
Patrick Howard, Esquire
phoward@smbb.com

Elizabeth Adler, Esquire
eadler@kslaw.com
Matthew Brigman, Esquire
MBrigman@kslaw.com

Todd J. O'Malley, Esquire
tomalley@omalleylangan.com
Mary Anne O. Lucas, Esquire
mlucas@omalleylangan.com

Samuel J. Stauss, Esquire
sam@turkestrauss.com
Raina Borrelli, Esquire
raina@turestrauss.com

Respectfully Submitted

CUMMINS LAW

*[signature: Dan E. C...]*

DANIEL E. CUMMINS, ESQUIRE
Attorney for Defendant, Lehigh Valley
Health Network

610 Morgan Highway
Clarks Summit, PA 18411
Telephone:  570-319-5899
Facsimile:  570-319-5898
dancummins@cumminslaw.net