

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

PATRICK HOWARD | PARTNER
DIRECT DIAL:215.575.3895
PHOWARD@SMBB.COM

April 18, 2023

<u>**VIA ECF**</u>

Hon. Malachy E. Mannion
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

      *Re:*    **Re: *Jane Doe v. Lehigh Valley Health Network, Inc.*
                 Civil Action No. 23-cv-585-MM**

Dear Judge Mannion,

      Pursuant to this Court's communication procedures, Plaintiff's counsel writes to the Court in response to the Court's Order regarding Plaintiff's proposed motion seeking an injunction. Dkt. No. 12. Plaintiff writes to advise the Court that prior to filing that motion, and pursuant to Local Rule 7.1, the parties met and conferred on Friday, April 14, and followed-up on Monday, April 17. Based on the substance of those discussions, Plaintiff will not be filing a motion for a preliminary injunction pursuant to Fed. R. Civ. P. 65(a).

      Should the Court have any questions or concerns, please do not hesitate to contact me.

                                       Respectfully submitted,

                                       */s/ Patrick Howard*

                                       Patrick Howard