IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, *individually and on behalf of all other similarly situated consumers*,<br><br>*Plaintiff*,<br><br>v.<br><br>LEHIGH VALLEY HEALTH NETWORK, INC.,<br><br>*Defendant*. | Case No. 3:23-cv-00585-MEM<br><br>Honorable Malachy E Mannion |

**DEFENDANT LEHIGH VALLEY HEALTH NETWORK, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendant Lehigh Valley Health Network, Inc. ("LVHN") hereby moves the Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. This Motion is supported by a brief filed contemporaneously herewith.

Dated: May 5, 2023

*/s/ Phyllis B. Sumner*
Phyllis B. Sumner (admitted *pro hac vice*)
Elizabeth D. Adler (admitted *pro hac vice*)
James M. Brigman (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
psumner@kslaw.com

eadler@kslaw.com
mbrigman@kslaw.com

Daniel E. Cummins (Bar No. 71239)
**CUMMINS Law**
610 Morgan Hwy
Clarks Summit, PA 18411
(570) 319-5899
dancummins@cumminslaw.net

*Attorneys for Defendant Lehigh Valley Health Network, Inc.*

## CERTIFICATION OF NON-CONCURRENCE

The undersigned counsel sought concurrence from Plaintiff's counsel related to the relief sought in this Motion. Plaintiff does not concur in the Motion.

*/s/ Phyllis B. Sumner*
Phyllis B. Sumner

## CERTIFICATE OF SERVICE

I, Phyllis B. Sumner, hereby certify on May 5, 2023, that a true and correct copy of the foregoing Defendant Lehigh Valley Health Network, Inc.'s Motion to Dismiss Plaintiff's Complaint and all exhibits thereto, were filed electronically through the Court's CM/ECF System and were served upon all counsel of record at the e-mail address listed in the Court's database.

*/s/ Phyllis B. Sumner*
Phyllis B. Sumner