Daniel E. Cummins, Esquire
DanCummins@CumminsLaw.net

J. Alexander Marcinko, Esquire
AlexMarcinko@CumminsLaw.net

Timothy E. Foley, Esquire
*Of Counsel*



610 Morgan Highway
Clarks Summit, Pennsylvania 18411
(570) 319-5899
Fax (570) 319-5898
www.CumminsLaw.net

June 1, 2023

The Honorable Malachy E. Mannion
UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Suite 161
Wilkes-Barre, PA  18701

    **RE:**   **Jane Doe v. Lehigh Valley Health Network, Inc.**
            **Our File No:**
            **Docket No:  3:23-CV-00585-MEM**

Dear Judge Mannion:

    This will confirm that the Telephone Case Management Conference has been rescheduled for June 29, 2023 at 11:30 a.m.

    Please note that I am local counsel for the Defendant, Lehigh Valley Health Network, and that this Defendant is primarily represented by the law firm of King & Spalding.

    On the same date as the Conference set in this matter for June 29, 2023, I have a telephonic argument in another matter with the Luzerne County Court of Common Pleas scheduled to start at 11:00 a.m.  It is my hope that that argument on

discovery motion will be finished by 11:30 a.m. but I cannot be sure it will be completed by that time.

    Accordingly, I am writing to respectfully request the permission of Your Honor to join in this Conference in this matter after my other matter concludes. I have no objection to this Conference beginning and/or occurring in my absence.

    I have conferred with Plaintiff's counsel and can confirm to the Court that Plaintiff's counsel has no objection to my request to join this Conference late if permitted by the Court to do so.

    May I please join in the Conference in this matter once my other matter concludes?

    Thank you.

    Very truly yours,

    DANIEL E. CUMMINS

DEC:af

cc:    Simon B. Paris, Esquire/Patrick Howard, Esquire
       Todd J. O'Malley, Esquire
       Samuel J. Strauss, Esquire